Edward C. Dwyer and Pauline Rose Dwyer, Husband and Wife, et al., Appellees, v. Village of Glen Ellyn, Appellant.

Gen. No. 9,744.

Heard in this court at February term, 1942; opinion filed May 14, 1942. Robert J. Scott, for appellant; Richard M. White, of counsel; Wesley H. Westbrook, Richard F. Locke and Moses H. Kamerman, for appellees. Opinion by JUSTICE DOVE. "Not to be published in full."